# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                                    Date:   December 10, 1999

| | |
|---|---|
| ARMANDO MENDEZ LABOY, et al | * |
| Plaintiffs | * |
| vs. | *   Civil 98-1223 (PG) |
| | *   Civil 98-1227 (PG) |
| ABBOT LABORATORIES, INC., et al | * |
| Defendants | * |

By Order of the Court a second status conference in the above captioned case is hereby set for **Monday, January 10, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                        _____
                                                                        Lida Isis Egelé
                                                                        Courtroom Deputy

s/c:   Eric Quetglas
       Iván Fernández
       James Toro

(13)