UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                              DATE: JANUARY 10, 2000

BEFORE HONORABLE JUAN M. PEREZ GIMENEZ

COURTROOM DEPUTY: Lily ALICEA            CASE NO. CIVIL 98-1223
                                                       98-1227

==================================================================

| | |
|---|---|
| ARMANDO MENDEZ LABOY ET ALS | Attorneys:<br>For Plaintiffs: ERIC QUETGLAS |
| VS | |
| ABBOT LABORATORIES INC. ET ALS | For Defendant: IVAN FERNANDEZ |

Case called status conference. Court grants the defendants fifteen days to answer plaintiffs second set of interrogatories and the production of documents. The deposition of the custodian of records of the subsidiary of plaintiff here in Puerto Rico will be taken on February 9, 2000 at 9:30 AM. Parties are to meet after the taking of the deposition of February 9 and agree as to the dates and the time of the additional depositions that plaintiff will take in this case and are to file an informative motion indicating the dates to the Court.

Defendant will not perform any discovery at this time until plaintiff finishes his discovery thereafter defendant will be filing a dispositive motion. If the same is denied they will proceed with the discovery.

A further status conference is hereby scheduled for **March 15, 2000 at 8:30 AM.**

_____
LILY ALICEA
COURTROOM DEPUTY