# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 15, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1223 (PG)<br>98-1227 |

===================================================================

| | |
|---|---|
| ARMANDO MENDEZ LABOY<br>et al | Attorneys:  Eric QUETGLAS |
| vs. | |
| ABBOT LABORATORIES, INC.,<br>et al | Iván FERNANDEZ |

===================================================================

THIRD STATUS CONFERENCE held in chambers.  The Court is informed that the documents requested by the plaintiffs have been turned over to them.  The plaintiff will sign a confidentiality agreement today and send it to the defendant.  With this agreement the defendants will be able to obtain the additional documents requested by the plaintiff, and turn them over to him.

**A fourth status conference is set for May 3, 2000, at 8:30 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel

