UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                    Date:   May 2, 2000

| | |
|---|---|
| ARMANDO MENDEZ LABOY, et al | |
| Plaintiffs | |
| vs. | Civil 98-1223 (PG) |
| | Civil 98-1227 (PG) |
| ABBOT LABORATORIES, INC., et al | |
| Defendants | |

By Order of the Court the fourth status conference in the above captioned case is, which is set for tomorrow, May 3, 2000, is hereby reset for **Wednesday, August 2, 2000, at 8:30 A.M.**  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Eric Quetglas    (Notified by phone: personally)
       Iván Fernández       "       "      "       "