# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 AUG 10 PM 3:32
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: August 2, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1223 (PG)<br>98-1227 |

ARMANDO MENDEZ LABOY
et al

Attorneys:  Eric QUETGLAS

vs.

ABBOT LABORATORIES, INC.,
et al

Iván FERNANDEZ

FOURTH STATUS CONFERENCE held in chambers. The report of plaintiffs' expert has not been submitted to the defendants. The plaintiffs are granted thirty days to submit it. Once received the defendants will decide if they will depose the expert or not, if they will move the Court to dismiss based on statutory employer, or if they will need to conduct further discovery.

This case is ordered **transferred to Hon. Jay García. A fifth status conference is set for October 4, 2000, at 8:30 A.M.** The parties will be notified if Judge García will keep this setting or change it.

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel