UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 2, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           CIVIL 98-1223(JAG)
                                                  98-1227(JAG)

==================================================================

ARMANDO MENDEZ LABOY                    Attorneys:
                                          For Plaintiffs:

    VS

                                                        For Defendant:

ABBOTT LABORATORIES


==================================================================

By Order of the Court the status conference in the above-mentioned case set for October 4, 2000 is hereby vacated and set aside. A status conference before Judge Garcia-Gregory is hereby scheduled for **Tuesday, October 31, 2000 at 10:00 AM.**

   Parties to be notified

                                          _____
                                          By:  LILY ALICEA
                                               COURTROOM DEPUTY