UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          DATE: OCTOBER 31, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIVIL 98-1227(JAG) (1223)

========================================================================

GILBERTO OLAVARRIA CARRILLO         Attorneys:
                                    For Plantiff: ERIC QUETGLAS

VS

ABBOT LABORATORIES, INC             For Defendant:
                                    ANA MARGARIDA
========================================================================

Case called for status conference. Theories of parties heard. Plaintiff is awaiting their expert report. Court grants him until December 15, 2000 to file the same.

**Court sets a settlement conference for January 16, 2001 at 4:00 PM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy