UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                                      DATE: OCTOBER 31, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:   Lily **ALICEA**          CASE NO. CIVIL 98-1223 (JAG)

===============================================================================

| | |
|---|---|
| ARMANDO MENDEZ LABOY ET AL | Attorneys:<br>For Plaintiff: ERIC QUETGLAS |
| VS | |
| ABBOT LABORATORIES, INC | For Defendant:<br>ANA MARGARIDA |

===============================================================================

Case called for status conference. Theories of parties heard. Plaintiff is awaiting their expert report. Court grants him until December 15, 2000 to file the same.

**Court sets a settlement conference for January 16, 2001 at 4:00 PM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

NOV 0 2 2000