UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:JANUARY 16, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 98-1223(JAG)**
                                            **CIVIL 98-1227(JAG)**

================================================================

ARMANDO MENDEZ LABOY                    Attorneys:
                                        For Plaintiffs:ERIC
                                        QUETGLAS

              VS
                                        For Defendant:
ABBOT LABORATORIES                      JAMES TORO


================================================================

   Case called for settlement conference.  Attorney for

plaintiff informs the Court that his expert is giving the final

touches to his report and he requests a ten day extension of

time to file the same.  Court grants the request.

   After the rendering of the expert report plaintiff is to make

a written settlement demand to defendant.

   Court sets a further settlement conference for **Wednesday,**

**March 14, 2001 at 3:30 PM.**

   Parties to be notified.


                                        _____
                                           LILY ALICEA
                                        COURTROOM DEPUTY