UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:MARCH 8,2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO.CIVIL 98-1223 (JAG)**
                                                      **98-1224 (JAG)**
==================================================================

ARMANDO MENDEZ LABOY, INC.              Attorneys:
                                        For Plaintiffs:
       VS
                                        For Defendant:
ABBOTT LABORATORIES, INC.
==================================================================

In view of the facts stated on codefendants mtoion for continuance, #24, the same is hereby granted and the settlement conference is hereby rescheduled for **Monday, May 7, 2001 at 4:00 PM**

   Parties to be notified.


                                        _____
                                              LILY ALICEA
                                           COURTROOM DEPUTY


                        a/cs:to ( 3 )
                          attys/pts
                           in ICMS
                        MAR 1 2 2001