UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JUNE 11, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. CIV. 98-1223 (JAG)
                                                     CIV. 98-1227 (JAG)
==================================================================

ARMANDO MENDEZ LABOY                         Attorneys:

         VS

ABBOT LABORATORIES, INC.

---

**Settlement conference could not be held. Court resets the same for TUESDAY, JULY 17, 2001 AT 4:00 PM.**

Parties to be notified.

                                    _____
                                       Lily Alicea/Courtroom Deputy


