UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: JULY 17, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 98-1223 (JAG)
                                                     CIV. 98-1227 (JAG)

================================================================

ARMANDO MENDEZ LABOY                    Attorneys: ERIC QUETGLAS

     VS

ABBOT LABORATORIES, INC.                IVAN FERNANDEZ

================================================================

    Case called for settlement conference. Attorney for plaintiff indicates to the Court that they have not begun to discuss settlement since they have differences in their theory of the case.

    Attorney for defendant indicates that he would like to take the deposition of Luis Padilla and they schedule it for August 20, 2001 at 2:00 PM at the offices of attorney Fernandez.

    Court schedules a status/settlement conference for Tuesday, September 4, 2001 at 4:00 PM.

    Parties to be notified.

                                          _____
                                          Lily Alicea-Courtroom Deputy

