UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                DATE: AUGUST 20, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV 98-1223 (JAG)
                                                   98-122? (JAG)

========================================================================

ARMANDO MENDEZ LABOY, ET ALS            Attorneys:


              VS

ABBOTT LABORATORIES, INC.

_____

   At the request of attorney for codefendant Abbott

Laboratories and for reasons expressed in his motion, the further

status conference set for September 4, 2001 is vacated.  The cases

are reset for MONDAY, OCTOBER 22, 2001 AT 4:00 PM.

   Parties to be notified.




                                        _____
                                        Lily Alicea-Courtroom Deputy


