## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

**Plaintiff(s)**

v.                                                         **CIVIL NUMBER:**   98-1223 (JAG)
                                                                                98-1227 (JAG)

ABBOTT LABORATORIES, INC., etc.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/16/01<br>**Title:** Request to Reschedule Status Conference due to Special Circumstances<br>**Docket(s):** 30<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | The Status Conference scheduled for Monday, October 22, 2001 is reset for **November 29, 2001 at 3:30 p.m.** |

Date:  October 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



1900-464

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

    Plaintiffs

    vs                                    CIVIL NO. 98-1223 *JAG
                                                          98-1227 *JAG

ABBOTT LABORATORIES, INC., etc.

    Defendants

---

**REQUEST TO RESCHEDULE STATUS CONFERENCE**

**DUE TO SPECIAL CIRCUMSTANCES**

TO THE HONORABLE COURT

    Now comes the codefendant **Abbott Laboratories** through its undersigned attorney and most respectfully alleges and prays as follows:

    1.    The appearing party is compelled, due to extraordinary circumstances, to move the Honorable Court to reschedule once more the status conference that is pending in this case.

2. The deposition of Mr. Luis Padilla did not take place as scheduled on September 12th as an indirect consequence of the terrorist attack that took place in New York and Washington.

3. The calendars of the attorneys do not permit the rescheduling of the deposition until Tuesday, November 13th. A citation is being served to Mr. Padilla to take his deposition on Tuesday, November 13th at 2:00 p.m., at the office of the undersigned attorney.

4. The status conference that is presently scheduled to take place next Monday, October 22nd is respectfully requested to be vacated and rescheduled for any date in the latter part of November at 4:00 p.m.

5. The petition herein came as an agreement with counsel for plaintiffs.

WHEREFORE, it is respectfully requested that the status conference of October 22nd be rescheduled for the latter part of November.

I HEREBY CERTIFY: That a true copy of this motion has been sent to **Eric M. Quetglas Jordán, Esq.,** P O Box 16606, San Juan, Puerto Rico 00908-6606.

In San Juan, Puerto Rico, this  16  day of October, 2001.

**LAW OFFICES OF IVAN M. FERNANDEZ**
P O BOX 192386
SAN JUAN, PUERTO RICO 00919-2386
TEL. 753-1215   FAX 759-9313
E-MAIL: fernande@lawofimf.com

/IVAN M. FERNANDEZ
U.S.D.C.-PR 119513

2