UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                DATE: NOVEMBER 29, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV.98-1223(JAG)**
                                                  **98-1227 (JAG)**

==================================================================

ARMANDO MENDEZ LABOY                Attorneys: ERIC QUETGLAS

        VS

ABBOT LABORATORIES, INC.            IVAN FERNANDEZ

Case called for further status conference. Parties indicate to the Court that finally they were able to take the deposition they had pending. Now defendant would like to take the depositions of plaintiffs so that they can start to assess the damages part.

Court grants the request and tells the attorneys to agree on a date on January of 2002.

A further status conference is set for March 6, 2002 at 4:00 PM.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

