UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                          DATE: FEBRUARY 27, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           **CASE NO.CIV. 98-1223 (JAG)**
                                                          **98-1227 (JAG)**

===================================================================

ARMANDO MENDEZ LABOY                        Attorneys:

      VS

ABBOTT LABORATORIES

---

By Order of the Court the further status conference in the above-mentioned cases set for Wednesday, March 6, 2002 is hereby vacated and they are rescheduled for **MONDAY, APRIL 8, 2002 AT 11:30 AM.**

**Parties to be notified.**

_____
Lily Alicea-Courtroom Deputy

