UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                 DATE: APRIL 8, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 98-1223 (JAG)**
                                            **CIVIL 98-1227 (JAG)**

================================================================

 ARMANDO MENDEZ LABOY                  Attorneys: ERIC QUETLAS

              VS

ABBOT LABORATORIES, INC.               IVAN FERNANDEZ

=====

**Cases called for further status conference.  Parties inform the Court that they have to finish taking plaintiff's deposition. They have agreed to continue it on May 1, 2002 at 1:30 PM.**

**If needed attorney for defendant will filed a motion for summary judgment.  The Court grants him 60 days after the termination of deposition of plaintiff, that is July 1, 2002. Plaintiff is granted until August 15, 2002 to reply.  If a sur reply is needed they are granted until August 30, 2002.**

Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy