UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1223 (JAG)
   98-1227 (JAG)

ABBOTT LABORATORIES, INC., etc.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/27/02<br>**Title:** Motion Requesting Extension of Time to File for Summary Judgment<br>**Docket(s):** 37<br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | GRANTED. |

Date: July 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

