## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

    **Plaintiff(s)**

    v.                           CIVIL NUMBER: 98-1223 (JAG)
                                                                                                      98-1227 (JAG)

ABBOTT LABORATORIES, INC., etc.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/24/02<br>**Title:** Motion Requesting Further Extension of Time<br>**Docket(s):** 39<br><br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **GRANTED.** |

Date: August 1, 2002

                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge


