

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 AUG 26  AM 11: 37

RECEIVED AND FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

    **Plaintiff(s)**

    v.　　　　　　　　　　　　　　　　CIVIL NUMBER:　98-1223 (JAG)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　98-1227 (JAG)

ABBOTT LABORATORIES, INC., etc.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/05/02<br>**Title:** Motion for Leave to Submit an English Translation at a Later Date<br>**Docket(s):** 40<br><br>[ ] Plff(s)　[x] Dft(s)　[ ] Other | **GRANTED.** An official certified translation must be submitted on or before September 3, 2002. |

Date: August 22, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



