## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY, etc.

    **Plaintiff(s)**

    v.                         CIVIL NUMBER:   98-1223 (JAG)
                                                                                98-1227 (JAG)

ABBOTT LABORATORIES, INC., etc.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/03/02<br>**Title:** Motion Filing Translated Documents<br>**Docket(s):** 49<br><br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | **NOTED.** |

Date: September 12, 2002                     JAY A. GARCIA-GREGORY
                                                      U.S. District Judge


