

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY
    **Plaintiff(s)**

v.                     CIVIL NO. 98-1223, 98-1227(JAG)

ABBOTT LABORATORIES
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/20/02<br>**Title:** Leave to File Reply To Plaintiff's Opposition<br>**Docket(s):** 58<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | GRANTED. Defendant shall file reply no later than December 9, 2002. Reply shall be limited to no more than 15 pages. |

Date: November 25, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

