## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARMANDO PEREZ LABOY
    **Plaintiff(s)**

      **v.**                  **CIVIL NO.**  98-1223 (JAG)

ABBOTT LABORATORIES INC. ET AL.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   12/18/2002<br>**Title:** Request for Leave to File Response to reply<br>**Docket(s):** 62 | GRANTED. Plaintiff shall have 10 days to file a response to reply and the response shall not exceed 10 pages. |

**X Plaintiffs**      ☐ **Third Party**
☐ **Defendant(s)**    ☐ **Other**

**Date:**  December 20, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge