UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY
    Plaintiff(s)

v.                                   CIVIL NO.   98-1223(JAG)

ABBOTT LABORATORIES INC.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1/7/2003<br>**Title:** Plaintiff's Request for Leave to File response to reply<br>**Docket(s):** 64<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)  ☐ Other | GRANTED. |

Date: January 9, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


