IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARMANDO MENDEZ-LABOY, <u>et al.</u>,<br><br>**Plaintiff(s)**<br><br>**v.**<br><br>ABBOT LABORATORIES, INC.,<br><br>**Defendant(s)** | **CIVIL NO.** 98-1223 (JAG) |

**JUDGMENT**

In accordance with the opinion and order issued today, the Court hereby enters judgment dismissing all claims **with prejudice**.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May 2004.

<u>s/ Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
U.S. District Judge