IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARMANDO MENDEZ LABOY,<br>WILMADEL SOBERAL AGUILA, and<br>the LEGAL CONJUGAL PARTNERSHIP<br>formed by them | CIVIL CASE NO.: 98-1223(JAG) |
| Plaintiffs | |
| | RE: PERSONAL INJURY |
| v. | |
| ABBOT LABORATORIES, INC. | PLAINTIFFS DEMAND TRIAL<br>BY JURY |
| Defendant | |
| GILBERTO OLAVARRIA CARRILLO,<br>MILAGROS VIDAL RODRIGUEZ and<br>the LEGAL CONJUGAL PARTNERSHIP<br>formed by them | CIVIL CASE NO.: 98-1227(JAG) |
| Plaintiffs | |
| | RE: PERSONAL INJURY |
| v. | |
| ABBOT LABORATORIES, INC. | PLAINTIFFS DEMAND TRIAL<br>BY JURY |
| Defendant | |

**NOTICE OF APPEAL**

Notice is hereby given that, plaintiffs GILBERTO OLAVARRIA CARRILLO, his wife MILAGROS VIDAL RODRIGUEZ, and the LEGAL CONJUGAL PARTNERSHIP formed by them, the plaintiffs in the consolidated case 98-1227 (JAG), hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order [Dkt. #70], and final Judgment [Dkt. #71] entered on May 7, 2004, in this action.

1

On November 4, 2004, the Court entered and Order [Dkt. #74], denying plaintiffs' Motion to Alter Judgment.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 12th day of November, 2004.

**I HEREBY CERTIFY**, that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (1) Ivan M. Fernandez, Esq., Ivan M. Fernandez Law Offices.

    S/    <u>Eric M. Quetglas Jordan</u>

        ERIC M. QUETGLAS JORDAN
        USDC-PR #202514
        **QUETGLAS LAW OFFICES**
        PO Box 16606
        San Juan PR 00908-6606
        Tel:(787)722-0635/(787)722-7745
        Fax: (787)725-3970
        Email: quetglaslaw@hotmail.com