IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARMANDO MENDEZ LABOY,
WILMADEL SOBERAL AGUILA, and
the LEGAL CONJUGAL PARTNERSHIP
formed by them                          CIVIL CASE NO.: 98-1223(JAG)

    Plaintiffs

                           RE: PERSONAL INJURY

    v.

ABBOT LABORATORIES, INC.               PLAINTIFFS DEMAND TRIAL
                                        BY JURY

    Defendant

GILBERTO OLAVARRIA CARRILLO,
MILAGROS VIDAL RODRIGUEZ and
the LEGAL CONJUGAL PARTNERSHIP
formed by them                          CIVIL CASE NO.: 98-1227(JAG)

    Plaintiffs

                           RE: PERSONAL INJURY

    v.

ABBOT LABORATORIES, INC.               PLAINTIFFS DEMAND TRIAL
                                        BY JURY

    Defendant

## <u>AMEDED NOTICE OF APPEAL TO EXPRESSLY ADD CONSOLIDATED PLAINTIFFS GILBERTO OLAVARRIA CARRILLO, HIS WIFE MILAGROS VIDAL RODRIGUEZ, AND THE LEGAL CONJUGAL PARTNERSHIP FORMED BY THEM</u>

Notice is hereby given that, plaintiffs ARMANDO MENDEZ LABOY, his wife, WILMADEL SOBERAL AGUILA, and the LEGAL CONJUGAL PARTNERSHIP formed by them, the plaintiffs in the consolidated case 98-1223(JAG), and plaintiffs GILBERTO OLAVARRIA CARRILLO, his wife MILAGROS VIDAL RODRIGUEZ, and the LEGAL CONJUGAL PARTNERSHIP formed

1

by them, the plaintiffs in the consolidated case 98-1227 (JAG), appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order [Dkt. #70], and final Judgment [Dkt. #71] entered on May 7, 2004, in this action.

On November 4, 2004, the Court entered and Order [Dkt. #74], denying plaintiffs' Motion to Alter Judgment.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 17th day of November, 2004.

**I HEREBY CERTIFY**, that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (1) Ivan M. Fernandez, Esq., Ivan M. Fernandez Law Offices.

S/    Eric M. Quetglas Jordan

ERIC M. QUETGLAS JORDAN
USDC-PR #202514
**QUETGLAS LAW OFFICES**
PO Box 16606
San Juan PR 00908-6606
Tel:(787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: quetglaslaw@hotmail.com