# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** December 9, 2004

**DC #:** 98-1223 (JAG)

**APPEAL FEE PAID:** YES ____ NO **X**

**CASE CAPTION:** Armando Méndez-Laboy v. Abbot Laboratories, Inc.

**IN FORMA PAUPERIS:** YES ____ NO **X**

**MOTIONS PENDING:** YES ____ NO **X**

**NOTICE OF APPEAL FILED BY:** Plaintiffs
- NOA filed on 11/12/04
- - Amended NOA filed on 11/17/04

**APPEAL FROM:**
- Order entered on 11/04/04, Opinion and Order and Judgment entered on 05/07/04
- - To add plaintiffs

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-52** | I |
| **Docket Entries 53-77** | II |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk